**FILED**

JAMES J. VILT, JR. - CLERK

SEP 09 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

v.

**CARSON CONNOR ZAJDEL**

INDICTMENT

NO. 5:25-CR-45-BJB
18 U.S.C. § 1470
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2422(b)
18 U.S.C. § 1467
18 U.S.C. § 2253
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1
### (Attempted Enticement of a Minor)

On or about April 7, 2025, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **CARSON CONNOR ZAJDEL**, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual, who had not attained the age of eighteen years, Minor Victim 1, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 2
### (Receipt of Child Pornography)

On or about April 7, 2025, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **CARSON CONNOR ZAJDEL**, knowingly received

child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3
*(Transfer of Obscene Material to a Minor)*

On or about April 7, 2025, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **CARSON CONNOR ZAJDEL**, did, by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1 through 3 of this Indictment, the defendant, **CARSON CONNOR ZAJDEL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1467, 2253 and 2428, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the

2

commission of such offenses, or any property traceable to such property, including but not limited to a Chromebook and an Apple iPhone 13 bearing serial number GX7DMW9RN4.

A TRUE BILL.

FOREPERSON

KYLE G. BUMGARNER
United States Attorney

KGB:LAD (9.9.25)

UNITED STATES OF AMERICA v. **CARSON CONNOR ZAJDEL**

## PENALTIES

Count 1:        NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2:        NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 3:        NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
FORFEITURE

SPA *(Mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014)
Restitution **(Mandatory restitution of not less than $3,000.00 – (18 U.S.C. § 2259(b)(2)(B))

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly.   Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.        Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.        Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.    18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY    40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY    42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY    42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY    42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.