UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                        CASE NO.   5:25-CR-00045-BJB

CARSON ZAJDEL                                                         DEFENDANT

### AMENDED AGREED PROTECTIVE ORDER

The parties hereby agree to the following Order prohibiting the defendant, or anyone acting on his behalf, from copying or disseminating discovery that may identify a victim or the content of any of the chat sessions, unless any such materials are offered and admitted into evidence in the record of this case. The parties have agreed to a protective order in this matter. The protective order is necessary because it concerns the sexual exploitation of a minor and disclosure of that material would be detrimental to the welfare and well-being of the victim and violative of the victim's right to privacy.   See 18 U.S.C. § 18 U.S.C. § 3771(a)(8); see also 18 U.S.C. §§ 3509(d)(1) and (d)(3).

IT IS HEREBY ORDERED that the defendant, or anyone acting on his behalf, shall not copy or disseminate discovery that may identify a victim or the content of any of the chat sessions provided in discovery.

1. All discovery containing the names or details of the sexual exploitation of any victim be maintained in a secure place to which no person who does not have reason to know their contents has access; and

2. The defendant may be provided with a single copy of all items produced in discovery. However, no additional copies or further distribution of the victim's recorded interviews, electronic chats, or communications between the victim and defendant shall occur and the defendant is prohibited from copying or distributing the protected items.

November 26, 2025

Lanny King, Magistrate Judge
United States District Court

Have seen and Agreed to:
/s/ Leigh Ann Dycus
Assistant United States Attorney

/s/ Donald J. Meier
Counsel for Zajdel (electronically signed with permission)

2