**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH DIVISION**
**CRIMINAL CASE NUMBER 5:25CR-00045-BJB-1**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.

**CARSON CONNOR ZAJDEL (1)**                                           **DEFENDANT**

---

## ORDER

Judge Benjamin Beaton referred this case to the undersigned to conduct the change-of-plea hearing and prepare a report and recommendation pursuant to 28 U.S.C. §636(b)(1)(B), [DN 26].

**IT IS HEREBY ORDERED** the change of plea hearing is scheduled for **March 24, 2026, at 2:30 p.m. Central Time** before Magistrate Judge Lanny King in the Second Floor Courtroom at the United States District Court in Paducah, Kentucky.

**IT IS FURTHER ORDERED AND ADJUDGED** in the interest of justice, and pursuant to 18 U.S.C. §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **February 25, 2026**, and **March 24, 2026**, is excluded from the time allowed for a speedy trial.

February 25, 2026

**Lanny King, Magistrate Judge**
**United States District Court**

C: AUSA Leigh Ann Dycus
   Donald J. Meier, Federal Defender
   United States Probation Office
   United States Marshal
   Judge Beaton's CM