FILED
JAMES J. VILT, JR. - CLERK

MAR 24 2026

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**CRIMINAL ACTION NUMBER: 5:25-CR-00045-BJB**

UNITED STATES OF AMERICA                                           PLAINTIFF

v.

CARSON CONNOR ZAJDEL (1)                                           DEFENDANT

### CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge Lanny King, of my right to enter my plea in this case before the United States District Court. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by the United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if my plea of guilty is accepted by the United States Magistrate Judge, and he recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence. I further understand and agree that I have fourteen (14) days from the date of entry of the recommendation on the plea of guilty in which to file any objections to the recommendation or I will waive the opportunity to do so under F.R.C.P. 72(b).

This 24th day of March, 2026.

**SEEN AND AGREED:**

_____
Carson Connor Zajdel, Defendant

_____
Donald J. Meier, Defense Counsel

_____
Leigh Ann Dycus
Assistant United States Attorney