UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NUMBER 5:25-cr-00045-BJB

UNITED STATES OF AMERICA                                      PLAINTIFF

v.

CARSON CONNER ZAJDEL                                          DEFENDANT

<u>REPORT AND RECOMMENDATION</u>
<u>CONCERNING DEFENDANT'S GUILTY PLEA</u>

Pursuant to 28 U.S.C. § 636(b)(1)(B), and with the agreement of counsel, District Court Judge Benjamin Beaton referred the request for a change-of-plea hearing in the above-styled case to United States Magistrate Judge Lanny King to conduct a hearing and prepare a Report and Recommendation. [DN 26]. Carson Conner Zajdel, by consent, appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure on March 24, 2026, at 2:30pm Central Time in Paducah. The proceedings were recorded by Official Court Reporter Terri Horton, and the appropriate Consent to a Rule 11 Plea in a Felony Case Before a United States Magistrate Judge was executed by the Defendant and filed into the record. The United States was represented by Leigh Ann Dycus, Assistant United States Attorney.

Defendant Zajdel appeared in open court with his attorney Donald Meier of the Federal Public Defender's Office, and entered guilty pleas to Counts 1-3 of the Indictment [DN 1] pursuant to a Fed. R. Crim. Pro. Rule 11(c)(1)(C) Plea Agreement. Defendant Zajdel, under oath, was cautioned and examined concerning each of the subjects mentioned in Rule 11. Defendant Zajdel affirmatively indicated to the Court that he has had the opportunity to discuss with his attorney the charges against him and the consequences of pleading guilty to those charges. Defendant Zajdel

affirmatively stated to the Court that he has had the opportunity to review the terms of the "C" Plea Agreement with his attorney, including the appellate and other rights he is waiving therein. In addition, Defendant Zajdel indicated understanding that despite his "C" Plea Agreement, the sentencing District Judge is not bound by its terms. If the sentencing District Judge does not accept the terms of the "C" Plea Agreement, Defendant Zajdel understands that he will still have the option of withdrawing his pleas of guilty. Having observed the demeanor of Defendant Zajdel, and being satisfied with the representations and responses he has given, and in light of all the Fed. R. Crim. Pro. Rule 11 factors,

THE COURT MAKES THE FOLLOWING FINDINGS: Defendant Zajdel is fully competent and capable of entering an informed plea of guilty to each of Counts 1-3 of the Indictment; that his guilty plea is knowingly and voluntarily made as to each of Counts 1-3 of the Indictment; that he understands the charges against him and the potential penalties; and that the offenses charged in Counts 1-3 of the Indictment against him are each supported by an independent and factual basis concerning the essential elements of each offense. Accordingly,

THE UNDERSIGNED RECOMMENDS to the District Judge that Defendant Zajdel's plea of guilty pursuant to the Rule 11(c)(1)(C) Plea Agreement be ACCEPTED, and that Defendant Zajdel be adjudged guilty as to Counts 1-3 of the Indictment and have sentence imposed accordingly.

Following his change of plea, Defendant Zajdel surrendered himself to the custody of the United States Marshal and shall remain there pending further orders from the Court.

**Defendant Zajdel shall have fourteen (14) days to file any objections to this Report and Recommendation pursuant to Fed. R. Crim. P. 59(b)(2) or waive the opportunity to do so.**

United States District Court Judge Benjamin Beaton's chambers has scheduled Defendant

Zajdel's sentencing hearing for **July 9, 2026, at 4:30pm Central Time** at the Federal Courthouse,

501 Broadway, in Paducah KY.

March 24, 2026

cc:     Counsel of Record
        U.S. Probation
        U.S. Marshal
        Case Manager

**Lanny King, Magistrate Judge**
**United States District Court**

P: 0/36