Rec'd 6/8/26

Byron W. Zajdel
~~████████████~~
~~████████ ███~~
June 3rd, 2026

The Honorable Benjamin Beaton
United States District Court Western District of Kentucky
501 Broadway St #127
Paducah, KY 42001

Dear Judge Beaton,

I am writing to you on behalf of my brother, Carson C. Zajdel (case number: 5:25-cr-00045-BJB-LLK), who is to be sentenced to federal prison on July 9th, 2026. It is my understanding that there are unlikely to be any changes to his sentence as a deal has been reached between the government and the defense team. I would, however, like to say a few words on his behalf.

Like many in our family, I was completely shocked when Carson was arrested. At the time, we were all under the impression that he was in a committed relationship and well on his way to finishing his Ph.D. in music education. He had just been the Best Man at my wedding in January of 2025. As a career educator, he of all people should have known better than to engage in exploitative activity. The nature of the crime takes advantage of the most vulnerable people in our society who need to be protected.

It has been difficult for me to grapple with the reality that Carson is likely going to be in jail for the better part of a decade. I don't know how or when this behavior started occurring. I do know that he has struggled with his sexuality for a long time, coming out of the closet when I was still in college, about 15 years ago. He also has been on anti-depressants for a number of years. He had a difficult breakup a few months before he was supposed to be married in the late 2010s that I think contributed to that treatment regimen. I know he has also had therapy to try and treat that depression. The brother that I know likes hockey, is passionate about music, and can cook better food than most restaurants.

All this being said, there is no excuse for his actions. He deserves to face up to the consequences as our nation's laws require. His family still cares for and loves him, and when his sentence ends, I will ensure that he gets whatever help that he needs so that this never happens again. I wish I could have helped him more - if he had only come forward earlier before committing these acts, maybe this entire episode could have been avoided.

My brother is not a violent person. I expect he will dutifully fulfill his sentence without incident and atone for his sins. It is my hope that he will get the help he needs in prison and return to society as a fully functional member. Having sat on several courts-martial, I understand the weight of the decisions you have to make on a daily basis - they are not easy and the impacts of your decisions will often echo through the remainder of that person's life. I have every confidence that Carson will be given a thoughtful and deliberate decision under our nation's laws, and I look forward to seeing him on the other side, however long that may be.

Respectfully,

Byron W. Zajdel
MAJ, U.S. Army Reserve



DEFENDANT'S EXHIBIT 4

plea

# Mother's Plea

Dear Mr. Don Meier,

First, I'd like to thank you for your efforts on behalf of our son, Carson. Having him here with us over Christmas and his father's birthday has been a Godsend and quite a relief, however indefinite.

As a parent, I send you this plea on behalf of Carson. I'd like you to know more about him as a valued member of our family and of his extended family. Typically about now, Carson can be found cooking up a New Year's meal with all the trimmings for his aunt, uncle and  many cousins. He has a talent in the kitchen and we are grateful that he is home to do that for his parents tonight.

My greatest fear is that his continued arrest. . . leading into a lengthy incarceration may well be the end of my ability and his father's ability to aid his rehabilitation into a new life. We are in our seventies and believe so far, that we have been able to help Carson in numerous ways during his time with us in Maine.

No one knows how many years are given them, but I do believe we could support Carson's goal to rebuild his life in a constructive way and get the counseling help he needs throughout a probationary period.

Yes - these offenses are serious. We do understand that. But they are totally out of character. These online acts were unexpected and do not align with Carson's lifelong work ethic - a record as professional musician, middle school music teacher, and mentor/teacher of undergraduate students and music educator candidates .

First and fore-most in Carson's defense is the fact that he has **no criminal record**. None. And - he has already been severely punished by his own actions.

1.  He has lost his ability to teach in public/private schools/universities

2. He has lost his near-complete effort top attain a Ph.D. in Music Education. The three-year program was just months away from completion (ABD – all but dissertation)
3. He has already served 7 (9 months by March) in state or federal custody

Carson formerly had an occasional drink in moderation. Currently, he has given up alcohol (his decision) and has no history of substance abuse.

We believe he could regroup in a supported, simplified lifestyle. We wonder if it is better to further punish Carson or allow him to seek rehabilitation? Could he be in the continued daily support of his family and gradually be able to seek basic, local employment close to home while undergoing counseling/rehab.

Thank you for your consideration about Carson's situation. I pray that the outcome of his case will be settled in the hope of letting him develop a useful new life.   Below is a listing of Carson's background.

Please feel free to contact me or my husband if there is any more information that  we could possibly provide.

Sincerely,

Laura Zajdel



— cell
- home

Carson's professional career:
*Florida State - marching band- 1 yr
*U of Utah – B Music Ed. -
Graduated undergraduate in 4 yrs despite transfer to U of U
*Lived in Thailand for 2 years and taught at an international school - developed an adult choir which performed throughout Bangkok

*Temple U - M in Conducting
*Temple U - M in Music Ed
*Teaching experience in NJ, PA & MD
*U of Illinois - mentored student
teachers, gave Mus Ed presentations at Nat. Music Conferences, taught Freshman rhetoric & was awarded one of two 'best instructors' by his students.
Part time job exp:
HS - Eat n Park
Illinois - Olive Garden
Public education – Children's Festival Chorus (5 years)
Performed as Amahl in "Amahl and the Night Visitors" - Center Presbyterian Church , Peters Twp. , PA 1995
Jr. Mendelssohn Choir (5 years)
PMT (3 years)
marching band low brass leader
Professional Choral/soloist member: Philadelphia Chorale
Paid soloist at. Christ Church in Philadelphia
Choral cast member of "Maestro" the recent award-winning film about the life of Leonard Bernstein
Pittsburgh Symphony Orchestra- performed 3 times as boy soprano: PSO Pops, Mendelsohn's Elijah, Bernstein's Chichester Psalms

Personal- 2 long term relationships (1 for 8 yrs, another for several years)
RECOMMENDED:
We believe he could regroup in a supported, simplified lifestyle .